# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| QUEST ENVIRONMENTAL & SAFETY PRODUCTS INC., ) ) ) | |
| Plaintiff, ) ) | No. 1:16-cv-02653-TWP-MPB |
| v. ) ) | |
| ECO ALUMINUM PALLETS LLC, ) ) | |
| Defendant. ) | |

## ENTRY ON JURISDICTION

It has come to the Court's attention that Plaintiff's Complaint fails to allege all of the facts necessary to determine whether this Court has subject matter jurisdiction over this case. The Complaint alleges that this Court has jurisdiction based upon diversity of citizenship. However, the Complaint fails to sufficiently allege the citizenship of the Defendant. Citizenship is the operative consideration for jurisdictional purposes. *See Meyerson v. Harrah's East Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002) ("residence and citizenship are not synonyms and it is the latter that matters for purposes of the diversity jurisdiction").

"For diversity jurisdiction purposes, the citizenship of an LLC is the citizenship of each of its members." *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 534 (7th Cir. 2007). "Consequently, an LLC's jurisdictional statement must identify the citizenship of each of its members as of the date the complaint or notice of removal was filed, and, if those members have members, the citizenship of those members as well." *Id.*

The Complaint alleges that "Defendant ECO is an Arizona limited liability company, with its principal place of business located in Scottsdale, Arizona." (Filing No. 1 at 2.) However, this jurisdictional allegation does not establish the citizenship of the Defendant. Alleging the identity

and citizenship of each of the members of the Defendant limited liability company is necessary for this Court to determine whether it has jurisdiction.

Therefore, the Plaintiff is **ORDERED** to file a Supplemental Jurisdictional Statement that establishes the Court's jurisdiction over this case. This statement should specifically identify the members of the Defendant and those members' citizenship. This jurisdictional statement is due **fourteen (14) days** from the date of this Entry.

**SO ORDERED.**

Date: 10/21/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Brett J. Miller
BINGHAM GREENEBAUM DOLL LLP
bmiller@bgdlegal.com

Margaret M. Christensen
BINGHAM GREENEBAUM DOLL LLP
mchristensen@bgdlegal.com